UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

TODD COBURN,

                Plaintiff,

v.

L.J. ROSS ASSOCIATES, INC.,

                Defendant.
_____/

Civil Action No.: 14-11080
Honorable Mark A. Goldsmith
Magistrate Judge Elizabeth A. Stafford

## ORDER REOPENING DISCOVERY AND MODIFYING PRE-TRIAL SCHEDULE

The above-captioned case has been referred to this Court for all pre-trial matters. On April 7, 2015, the Court held a hearing on L.J. Ross's motion to dismiss and/or for summary judgment [20], wherein L.J. Ross requested dismissal of Coburn's claims based on a failure to respond to outstanding discovery, including requests to admit. In a Report and Recommendation, the Court recommended the motion be denied without prejudice. [25].

At the hearing, the Court reopened discovery for a four-week period to permit both parties to complete any outstanding discovery and finish (or take) any necessary depositions. Coburn is warned that any further delay in these proceedings or failure to cooperate in discovery may result in sanctions up to and including dismissal under Federal Rules of Civil

Procedure 37 or 41.

It is therefore ordered:

- Discovery in this case will conclude on **May 5, 2015.**

- Dispositive motions will be due on or before **June 5, 2015**.

**IT IS SO ORDERED**.

| | |
|---|---|
| Dated: April 10, 2015 | s/Elizabeth A. Stafford |
| Detroit, Michigan | ELIZABETH A. STAFFORD |
| | United States Magistrate Judge |

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 10, 2015.

s/Marlena Williams
MARLENA WILLIAMS
Case Manager