UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD COBURN,

      Plaintiff,

                                      Case No. 14-CV-11080

v.

                                      HON. MARK A. GOLDSMITH

L.J. ROSS ASSOCIATES, INC.,

      Defendant.

_____/

**ORDER (1) ACCEPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED APRIL 10, 2015 (Dkt. 25), AND (2) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR DISMISSAL (Dkt. 20) WITHOUT PREJUDICE**

      This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Elizabeth A. Stafford, issued on April 10, 2015 (Dkt. 25). In the R&R, the Magistrate Judge recommends denying Defendant's motion for summary judgment and/or dismissal (Dkt. 20) without prejudice. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the Court accepts the R&R.

      Accordingly, the Court denies Defendant's motion for summary judgment and/or dismissal (Dkt. 20) without prejudice.

      SO ORDERED.

Dated:  April 28, 2015                s/Mark A. Goldsmith
      Detroit, Michigan             MARK A. GOLDSMITH
                                              United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 28, 2015.

>   s/Johnetta M. Curry-Williams
>   Case Manager